IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DR. SACHA L. BETTS and PROMED RX, PLLC, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION NO. H-14-0034 |
| CITY OF SUGAR LAND, TEXAS, | § § | |
| Defendant. | § | |

### FINAL JUDGMENT

In accordance with the court's Order of Dismissal, this action is **DISMISSED without prejudice**.

This is a **FINAL JUDGMENT**.

**SIGNED** at Houston, Texas, on this 13th day of August, 2014.

_____
SIM LAKE
UNITED STATES DISTRICT JUDGE